David Kratenstein, Appellant, v. Samuel Bikoff, Respondent.— Motion denied, without costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Edward Leber, Respondent, v. Leopold Brand, Defendant, and Theodore Roche, Appellant.— Motion to dismiss appeal granted, with costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Ellen R. Logan, as Administratrix, etc., Respondent, v. Frederic Nelson Whitley and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Cornelius H. Nugent, Respondent, v. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Mount Vernon Trust Company, Respondent, v. Charles D. Millard, as Supervisor of the Town of Greenburgh, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Albert J. Sprague, Respondent, v. Long Island Railroad Company, Appellant. — Motion denied, without costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

William Tabachnick, Appellant, v. Leopold Brand, Respondent.— Motion denied, without costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Charles M. Weeks, as Surviving Trustee under the Last Will and Testament of George W. Weeks, Deceased, Plaintiff, v. Julia Frankel, Defendant.— Motion for leave to appeal to the Court of Appeals granted, without costs, and order signed.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Frank C. Weitzmann, Jr., by Frank C. Weitzmann, His Guardian ad Litem, Respondent, v. A. L. Barber Asphalt Company, Appellant.— Motion denied, without costs.   Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.